UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 NOV 14 PM 5:00
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. |
| ) | |
| KEENYA M. LEE, ) | -01 |
| ) | |
| Defendant. ) | 2:18-cr-0036 JRS -CMM |

PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1791(a)(1) and (b)(1) Providing Contraband in Prison (Buprenorphine) | 20 | $250,000 | 3 years |

Dated: _____    _____
                            KEENYA M. LEE
                            Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that she signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana