UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:18-cr-00036-JRS-CMM |
| ) | |
| KEENYA M. LEE, ) | |
| ) | |
| Defendant. ) | |

**ORDER APPOINTING CJA COUNSEL**

The Defendant has testified under oath or otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive the right to counsel. In the interests of justice the Court now finds that the Defendant is indigent; therefore,

The Court under the authority of the Criminal Justice Act, hereby appoints Jessie A. Cook as counsel to represent the Defendant for all proceedings in this matter. Such appointment shall be deemed effective as of December 7, 2018.

IT IS SO ORDERED.

Date: December 10, 2018

_____
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:

Counsel of record