UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2:18-cr-0036-JES-CMM-01 |
| | ) |
| KEENYA M. LEE, | ) |
| | ) |
| Defendant. | ) |

## APPEARANCE

Jessie A. Cook hereby enters her appearance on behalf of the defendant herein, KEENYA M. LEE.

Respectfully Submitted,

/s/ Jessie A. Cook
Jessie A. Cook, #3715-84
Attorney at Law
400 Wabash Avenue, Suite 212
Terre Haute, IN 47807
812-232-4634  Telephone
812-235-0292  FAX
jessieacook@icloud.com

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Appearance electronically on opposing counsel. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

James M. Warden, AUSA
James.Warden@usdoj.gov

/s/ Jessie A. Cook
Jessie A. Cook