UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:18-cr-0036-JRS-CMM |
| | ) | |
| KEENYA M. LEE, | ) | - 01 |
|     Defendant. | ) | |

**COURTROOM MINUTE FOR DECEMBER 7, 2018**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the indictment filed on November 14, 2018. Defendant appeared in person and by FCD counsel William Dazey. Government represented by AUSA James Warden. USPO represented by Kendra Hartle.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **December 21, 2018**.

Defendant waived formal arraignment and reading of the indictment.

Government did not seek pretrial detention and defendant ordered released.

Government moved for the defendant to submit to a urinalysis and the same granted.

Counsel jointly moved for the release of the Pretrial Services Report. The Court granted the motion, subject to the terms set forth by separate Order.

Defendant released on conditions of pretrial release pending further proceedings before the court.

Date: 12/10/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system