# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | 2:18-cr-00036-JRS-CMM-1 |
|     vs. ) | |
| ) | |
| KEENYA M. LEE, ) | |
|     Defendant ) | |

## REPORT AND RECOMMENDATION

On November 30, 2023, the Court held an initial and final hearing on the Petition for Warrant/Violation for Offender Under Supervision filed on November 17, 2023 [Dkt. 130]. Keenya M. Lee ("Defendant") appeared with FCD counsel, William Dazey. The Government appeared by James Warden, Assistant United States Attorney. U. S. Probation appeared by Officer Brian Deardurff.

The parties advised the Court at the outset of the hearing that a proposed agreement was reached by which the defendant would admit to Violation Number 1, 2 and 3 and Violation Number 4 would be dismissed by the Government. The parties recommended a sentence of three months below the Guidelines.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. §3583:

    1.    The defendant was advised on November 30, 2023 that this matter had been referred by the District Judge and that the District Judge has final authority whether to accept, reject, or modify the magistrate judge's recommendation.

2. After being placed under oath, Defendant advised that she consented to the proposed agreement, had sufficient opportunity to consult with counsel, and was satisfied with his representation. Defendant admitted Violations No. 1, 2 and 3.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1. | "You shall reside in a residential reentry center for a term of up to the offenders estimated supervised release discharge of December 2, 2023. You shall abide by the rules and regulations of the facility." |
| | On November 15, 2023, Keenya Lee was expelled from the Evansville Volunteers of America Residential Rentry Center for failing to abide by the rules and regulations of the facility. On November 10, 2023, Ms. Lee attempted to tamper with her urine screen by verbally asking for the Corrections Officer to provide a clean urine screen on her behalf. |
| 2. | "You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer." |
| | On November 9 and 16, 2023, Ms. Lee failed to report for her weekly substance abuse treatment session with her substance abuse therapist at the Evansville Volunteers of America. |
| 3. | "You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods." |
| | On November 10, 2023, Ms. Lee attempted to tamper with her urine screen by verbally asking for the Corrections Officer to provide a clean urine screen on her behalf. As previously reported to the Court, on April 18, 2022, Ms. Lee obstructed and/or tampered with drug testing methods at the Evansville Volunteers of America (EV VOA). Ms. Lee provided a liquid bottle which served as a substitution fluid for her urine screen. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade **B** violation.

   (b) Defendant's criminal history category is **I**.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is **4-10** months imprisonment.

5. The Magistrate Judge, having considered the factors in 18 U.S.C. §3553(a), and as more fully set forth on the record, finds that:

(a) The Defendant violated the supervised release condition as alleged in Violations 1, 2, and 3;

(b) The Magistrate Judge recommends that the defendant be sentenced to the custody of the U.S. Bureau of Prisons for a period of 3 months, and further recommends placement at Henderson County Detention Center, Henderson, KY (per Defendant's request). Consistent with the parties' agreement, no further supervised release will follow release;

(c) That the agreement of the parties is an appropriate resolution of this matter. As defense counsel noted, the defendant has had a difficult personal life and suffers from serious chronic medical conditions. The primary purpose of the recommended sentence is to acknowledge defendant's persistent violations of the terms of supervised release and to promote respect for the law. The agreement is commended to the favorable consideration of the District Judge with the Magistrate Judge's recommendation for sentencing. A sentence below the Guidelines is appropriate giving full consideration to the nature of the violations admitted and the defendant's chronic medical conditions.

Defendant shall remain in custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the 14-day objection period to file objections for the consideration of the District Judge.

Dated: November 30, 2023

_____
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system

4